| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| In Re: <br> Atul P Patel |

Order Filed on August 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 15-32936-MBK

Chapter: 7

Judge: MBK

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: August 12, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____Jeffrey Hoffmann_____, and regarding _____DOCKET #72_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-32936-MBK
Atul P Patel                                                          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin            Page 1 of 1         Date Rcvd: Aug 12, 2016
                       Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.
db          +Atul P Patel,    2 Andrea Drive,    Columbus, NJ 08022-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:
     Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
     Albert   Russo    docs@russotrustee.com
     Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
     Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
     Brian J. Schaffer    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
      bschaffer@slgcollect.com,  kcollins@slgcollect.com
     Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Jeffrey Douglas Hoffmann    on behalf of Debtor Atul P Patel jeff@centralnjlawyer.com
     Loren L. Speziale    on behalf of Creditor c/o Loren L Speziale   Santander Bank, NA
      lspeziale@grossmcginley.com,  jkacsur@grossmcginley.com
     United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                 TOTAL: 9