| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| In Re:<br><br>Atul P Patel | Case No: 15-32936-MBK<br>Chapter: 7<br>Judge: MBK |

Order Filed on August 24, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

DATED: August 24, 2016

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____Jeffrey Hoffmann_____, and regarding document #77 _____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*