The Law Office of Jeffrey Hoffmann, LLC
Jeffrey Hoffmann, Esq.
2681 Quakerbridge Road
Hamilton, NJ 08619
609-838-9800
Attorney ID 006262011
*Attorneys for Debtors Atul Patel and Parulben Patel*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE:<br><br>PATEL Atul P.,<br><br>               Debtor.<br><br>----------------------------------------------------------- | Case No. 15-32936 (MBK)(lead)<br>Jointly Administered |
| IN RE:<br><br>PATEL, Parulben<br><br>               Debtor. | Case No. 16-18943 (MBK)<br><br>*Filed Electronically* |

## OPPOSITION TO TRUSTEE'S MOTION TO HOLD DEBTORS IN CONTEMPT, TO

## DISMISS CASE AND TO GRANT FEES AS PENALTY FOR CONTEMPT

Returnable: October 17, 2016

Jeffrey D. Hoffmann, of the Law Offices of Jeffrey Hoffmann, LLC, of full age, hereby certify

as follows:

1. I am the attorney of record for the debtors, Atul Patel and Parulben Patel, in the above

   matter.

2. The circumstances surrounding this matter have, admittedly, been tumultuous.

3. At several different points following the submission of the first petition in this case, my

   clients felt it was in their respective best interests to change direction while struggling

with the ideas of whether to try to maintain the credit Parulben Patel or else to file jointly and not have to be concerned about non-exempt assets. As a result, this case started out as a chapter 7, upon debtor's motion, was converted to a chapter 13, and, finally, back to a chapter 7. Subsequent to this final conversion to a chapter 7, a motion was filed for the joint administration. The reality of the situation is that, while my firm has been representing clients in bankruptcy petitions for over four years, every twist and turn of this case has represented a first for myself and for my office and mistakes have been made. The first motion to convert, to re-convert and for joint administration filed by my office are represented here. It is difficult to accept such errors from myself and my firm, yet I expect to not make them again, as a result.

4.  All of this work was done with the intention of serving the interests of my clients, who were greatly distressed and unsure of the best course of action, despite the significant amount of time I spent discussing the case with them. Nothing, from the time of the initial filing has ever been an effort to abuse the system or process.

5.  The Patels have done nothing wrong. Their errors in the instant action are limited to their indecision and an overlooked 341 hearing, which was, apparently, the proverbial straw that broke the camel's back, for Trustee Dobin, as she has indicated to me that she is completely unwilling to resolve the matter by consent order, whereby my clients would have filed a voluntary dismissal of the case.

6.  While missing a 341 hearing is clearly a serious matter, it does not provide a basis for dismissing a bankruptcy petition with prejudice, which is but part of the relief requested by Trustee Dobin in the instant motion.

7. Since the bulk, if not all, of Trustee Dobin's complaints are directed at my firm, it is
   entirely unclear why she would even request a dismissal with prejudice as the harm that
   would result from such an order would fall squarely on my clients, unless this is a
   reflection of her self described inability to "rise above" her frustrations with the situation.

8. The concerns raised by Trustee Dobin's certification in support of her motion revolve
   around the administrative order in which she says the debtors are "wholly in contempt."
   While it is clear that errors were made, I believe that it is also clear that these errors were
   made, despite my efforts; not because of indifference on my part, the latter of which
   Trustee Dobin suggests in her certification.

9. While I appreciate the annoyance that a trustee must experience when having to address
   multiple motions on any case, those annoying motions which were filed since the initial
   filing of the lead case number on these jointly administered cases were within the
   debtors' legal rights to file and were granted.

10. With respect to the filing of amended schedules, pursuant to the court's administrative
    order, dated 7/29/16, it was through communication with the chapter 13 Trustee's office
    on 7/28/16, that my office was instructed to file amended schedules prior to 8/8/16. This
    communication actually predates the court's order, dated 7/29/16. Literally, the same day
    that the chapter 13 Trustee communicated to my office that the amended schedules
    needed to be filed we made sure they were filed. Upon reviewing the administrative order
    of the court, it did not appear that they needed to be refiled, as they were filed under case
    number 15-32936, which the court indicated would be the lead case number.

11. Subsequent to filing the amended schedules, I have learned that my bankruptcy software
    only automatically redacts documents when the petition is uploaded to CM/ECF directly

from the software itself and not when one simply prints out amended schedules. Unfortunately, because of this oversight, and for the first time ever, my office accidentally filed the schedules without redacting them. Only a portion of the amended schedules needed to be restricted from public view, as the upload was too large to be completed in a single upload, which meant that a portion of the schedules were still viewable on PACER under document 71.

12. On 8/11/16 Your Honor's chambers emailed my office requesting that we file an application requesting redaction of personal information and to file a redacted version.

13. During the course of all of this, I personally suffered a significant loss. On 8/7/16, I lost a man who was like a second father to me and nearly lost a woman who was like a second mother to me. I spent a large portion of the next two weeks sitting with their daughters at the ICU at Helene Fuld hospital while she remained unconscious and in a fight for her life. This was a man who helped raise me, married my wife and I and, years later, performed the service at my father in law's funeral. The loss was huge and, admittedly, slowed my responses in addressing some of the issues that arose in this case between then and now. I do not offer this information as an excuse, but, rather as an explanation as to the incompleteness of my responses.

14. It is still unclear to me what resulted in two different orders directing redaction, dated 8/12/16 and 8/24/16, respectively. It is also unclear why the re-filed schedules appear to be restricted, as well. I don't know if this is an error on my part or simply a technology issue.

4

15. Despite the errors that I initially made in failing to redact the schedules, I hope that it is clear to the court that efforts have continuously been made to try to correct the issue with respect to providing the amended schedules to the court and all parties.

16. Pursuant to the administrative order of the court, all pre-meeting submissions were made to Trustee Dobin's office, through the office's website and a copy of those uploads are attached hereto as **Exhibit A**.

17. The copy of the court's administrative order, served on all parties, including the debtors, is attached as **Exhibit B**.

18. While I did send a part time associate to appear at the 341 hearing on September 7, 2016, I had no reason to believe that this would present any problem, as it was my expectation that there were no open issues. My office had served all parties with the order, notified our clients of the 341 hearing, forwarded pre-meeting submissions to the trustee and diligently attempted to address all issues with respect to the amended schedules. Furthermore, we had not received any communication or indications from Trustee Dobin's office indicating the existence of any deficiencies. I explained the nature of a typical 341 hearing to my associate and had her research the process. I am not sure exactly what she said to Trustee Dobin, as it is difficult for one to recall what was said when a person unexpectedly lashes out. So, getting specifics from the associate has proven difficult. She did, however, recall the Trustee ranting that my entire office was incompetent. To my knowledge, Trustee Dobin didn't go on the record during these remarks, but she has made certain to reiterate her thoughts in her certification. While those words sting coming from such a highly regarded peer, who is so well liked and respected and about whom the community thinks so very highly, I maintain our mistakes

in this case are a reflection of best efforts to represent my clients combined with a

handful of mistakes that amount to human error, as opposed to incompetence.

19. Of additional concern to myself, my current clients, and my prospective clients is the fact

that, in a certification wherein all of the frustrations and complaints are directed at my

firm, the Trustee indicates that she will recuse herself, because she lacks the capacity to

maintain objectivity. Particularly in light of the fact that Ms. Dobin has petitioned the

court for the most draconian form of relief which may be obtained against the debtors,

either because of errors on the part of my firm or for reasons that she has entirely failed to

set forth, it is difficult to imagine that Ms. Dobin's frustrations with my firm will abate

based solely on the fact that the case number is different. As a result, I am hard pressed to

imagine how Ms. Dobin will be able to maintain a sense of objectivity in any case in

which my firm is representing the debtor.


I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Date of Execution:          /s/Jeffrey D.Hoffmann,Esq.
_____10/11/2016_____     Jeffrey D. Hoffmann, Esq.
                            The Law Office of Jeffrey Hoffmann, LLC
                            2681 Quakerbridge Road
                            Hamilton, NJ 08619
                            609-838-9800 (phone)
                            609-838-9801 (fax)
                            jeff@centralnjlawyer.com

# EXHIBIT A

| 341a Date/Time | Case No. | Case Name | Trustee | Label Name | File Name | Date Uploaded | Mandatory |
|---|---|---|---|---|---|---|---|
| | 15-32936-MBK | PATEL, ATUL P | Andrea Dobin | Miscellaneous | Patel_CYPRESS_P_L.pdf | 8/29/2016 8:24:42 AM | No |
| | | | | | Patel Atul R 2014 Tax Cypress.pdf | 8/29/2016 8:24:43 AM | No |
| | | | | | Patel Atul R 2014 Tax Cypress.pdf | 8/29/2016 8:24:44 AM | No |
| | | | | | Patel Cypress Pantry One Operating Account.pdf | 8/29/2016 11:23:51 AM | No |
| | | | | | Patel Atul R 2014 Tax Cypress.pdf | 8/29/2016 11:23:53 AM | No |
| | | | | | Patel Atul R 2015 Tax Cypress.pdf | 8/29/2016 11:23:54 AM | No |
| | | | | | Patel Joint Santander 9738.pdf | 8/29/2016 11:57:24 AM | No |
| | | | | | Patel Franklin ending 2721.pdf | 8/29/2016 11:57:24 AM | No |
| | | | | | Patel Franklin ending 3790.pdf | 8/29/2016 11:57:25 AM | No |
| | | | | | Patel Metlife 2196.pdf | 8/29/2016 12:01:43 PM | No |

| 341a Date/Time | Case No. | Case Name | Trustee | Label Name | File Name | Date Uploaded | Mandatory |
|---|---|---|---|---|---|---|---|
| | 15-32936-MBK | PATEL, ATUL P | Andrea Dobin | Miscellaneous | Patel Parul Atul R  PNC Statements 1 of 2.pdf | 8/29/2016 12:01:44 PM | No |
| | | | | | Patel PNC 2 of 2.pdf | 8/29/2016 12:01:44 PM | No |
| | | | | Miscellaneous #2 | Patel Primerica Ending 5068.pdf | 8/29/2016 11:57:25 AM | No |
| | | | | | Patel Parul Fulton Bank 9181.pdf | 8/29/2016 11:57:25 AM | No |
| | | | | | Patel David Learner 2795.pdf | 8/29/2016 11:57:26 AM | No |
| | | | | | Patel_CYPRESS_P_L.pdf | 8/29/2016 11:23:55 AM | No |
| | | | | | Patel Parul Atul R Auto Info.pdf | 8/29/2016 8:24:45 AM | No |
| | | | | Mortgage Payoff(s) | Patel Parul Atul R House Info.pdf | 8/29/2016 8:24:42 AM | Yes |
| | | | | Payment Advices | Patel Parul Pay NEW.pdf | 8/29/2016 8:24:40 AM | Yes |
| | | | | Real Estate Valuation | Patel Parul Atul R Appraisal.pdf | 8/29/2016 8:24:41 AM | Yes |

| 341a Date/Time | Case No. | Case Name | Trustee | Label Name | File Name | Date Uploaded | Mandatory |
|---|---|---|---|---|---|---|---|
| | 15-32936-MBK | PATEL, ATUL P | Andrea Dobin | Tax Returns | Patel Parul Atul R 2015 Joint Tax.pdf | 8/29/2016 8:24:38 AM | Yes |
| | | | | | Patel Parul Atul R 2014 Joint Tax.pdf | 8/29/2016 8:24:39 AM | Yes |

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices of Jeffrey Hoffmann
2651 Quakerbridge Road
Hamilton NJ 08619

Jeffrey D. Hoffmann, ESq.
Attorney ID. 006262011

| | |
|---|---|
| Case No.: | 15-32936 |
| Chapter: | 7 |

In Re: patel, Atul P.,
                Debtor
In Re: patel, Parulben
                Debtor

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | 9-7-2016 |
| Judge: | Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, _Kathleen S. Bowles_ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _Jeffrey D. Hoffmann, ESq._ , who represents
   _Debtor (s)_ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _08-03-2016_ , I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below. _Granting motion For Joint Administration and
   related relief._

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _08-03-2016_

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Atul and Parulben Patel<br>2 Andrea Drive<br>Columbus, N.J. 08022 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Andrea Dobin<br>Trenk + DiPasquale<br>427 Riverview Plaza<br>Trenton, N.J. 08611 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Aardvark Pest Control<br>106 West 4th Street<br>Howell, NJ 07731 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Abraham M. Renzer, Esq.<br>1203 Madison Ave<br>Lakewood, N.J. 08701 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Honda Finance<br>PO Box 168088<br>Irving, TX - 75016 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| American Express<br>Correspondence<br>PO Box 981540<br>El Paso, TX 79988 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bank of America<br>PO Box 26012<br>Greensboro NC 27410 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Barclays Bank Delaware<br>PO Box 8801<br>Wilmington, De 19899 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One Bankruptcy PO Box 30285 Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered ☒ Regular mail ☑ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| Chase Card po Box 15298 Wilmington, De 1980 | Creditor | ☐ Hand-delivered ☒ Regular mail ☒ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| Citizens Bank Attn Bankruptcy 443 Jefferson Blvd MS RJW-135 Warwick RI 02886 | Creditor | ☐ Hand-delivered ☒ Regular mail ☑ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| Demos + Salcetti LLP Mount Laurel NJ 08054 | Creditor | ☐ Hand-delivered ☒ Regular mail ☑ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

4

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LoanCare Servicing Cente Interstate Corporate Center Norfolk Va 23502 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mr T Scalt Attn Bankruptcy 1100 Wehrle Dr. 2nd Floor Williamsville, NY 14221 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Morris the Silver Suite 1027 Highmont Road Pittsburgh PA 15232 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Papa Johns International 2002 Papa Johns Blvd Louisville, Ky 40299 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order
Shortening Time.

rev.8/1/15

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Property Ventures LLC<br>116 Rt 22 East<br>Plainfield NJ 07060 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Qwickens Loan<br>PO Box 717<br>Amelia Oh 45102 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Republic Bank<br>Street From Suite A230<br>Pennington NJ 08534 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Sovereign Bank<br>601 Penn Street<br>Redding Pa 19601 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

# 6

rev. 8/1/15

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank Loans & Sams Club PO Box 103104 Roswell, Ga 30076 | Creditor | ☐ Hand-delivered ☑ Regular mail ☑ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| Verizon 500 Technology Dr Suite 500 Weldon Spring MO 63304 | Creditor | ☐ Hand-delivered ☑ Regular mail ☑ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| Wachovia/Fin /Wells Fargo PO Box 31557 Billings, MT 59107 | Creditor | ☐ Hand-delivered ☑ Regular mail ☑ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| Wells Fargo Dealer 600 Freedom Drive Independence, Oh. 44131 | Creditor | ☐ Hand-delivered ☑ Regular mail ☑ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

# 7

rev.8/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
ANDREA DOBIN, CHAPTER 7 TRUSTEE
427 Riverview Plaza
Trenton, NJ 08611
609-695-6070

Order Filed on July 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PATEL, Atul P.,

      Debtor.

In Re:

PATEL, Parulben,

      Debtor.

Case No.: _15-32936 & 16-18943_
**JOINTLY ADMINISTERED**

Judge: _Michael B. Kaplan_

Chapter: _7_

## ORDER DENYING TRUSTEE'S MOTION TO DISMISS CASE OF ATUL PATEL, GRANTING MOTION FOR JOINT ADMINISTRATION AND RELATED RELIEF

The relief set forth on the following pages, numbered two (2) and three (3) is hereby

**ORDERED.**

DATED: July 29, 2016

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 15-32936-MBK    Doc 79    Filed 08/09/16    Entered 08/09/16 13:30:05    Desc Main
Document    Page 20 of 31

Page 2 of 3
In re Patel, Atul, et al.,
Case No. 15-32836(MBK)
Tile of Order: Order Denying Trustee's Motion to Dismiss case of Atul Patel, Granting Motion for
Joint Administration and Related Relief

**THIS CASE** having been opened to the Court by Atul Patel ("**Atul**") seeking to have his case

jointly administered with the later filed case of his wife, Parulben Patel ("**Parulben**") (the "**Joint**

**Administration Motion**") and the Trustee in Atul's case having filed a Motion to Dismiss Atul's case

(the "**Motion to Dismiss**") as well as an objection to the Joint Administration Motion and Atul having

objected to the Motion to Dismiss and the Court having reviewed the papers submitted in support of

both the Joint Administration Motion and the Motion to Dismiss and having heard the arguments of the

Trustee and counsel to Atul and Parulben and for the reasons set forth on the record at the conclusion

of the hearing, it is **ORDERED** as follows:

1.    The Motion to Dismiss is **DENIED**.

2.    The Motion for Joint Administration is **GRANTED**.

3.    The cases are now deemed jointly administered, utilizing Atul's case as the "Lead
Case".

4.    Within ten (10) days of the date hereof, Atul must file a complete and final set of
Schedules of Assets and Liabilities and Statement of Financial Affairs.

5.    The First Meeting of Creditors for the Jointly Administered Estates will be held on
September 7, 2016 at 2:30 p.m. in the United States Bankruptcy Court at 402 East State
Street, Trenton, New Jersey.

6.    The deadline for the Trustee, the Office of United States Trustee or any creditor to
object to the discharge of <u>either</u> Atul or Parulben is extended to and including November 7,
2016.

7.    Counsel to Atul and Parulben must forward all pre-meeting submissions for each of the
cases to the Trustee on or before August 29, 2016.

Page 3 of 3
In re Patel, Atul, et al.,
Case No. 15-32836(MBK)
Tile of Order: Order Denying Trustee's Motion to Dismiss case of Atul Patel, Granting Motion for
    Joint Administration and Related Relief

8.     The Trustee may submit a Certificate of Services pursuant to which the Court will consider an award of attorneys' fees.

9.     Counsel to Atul and Parulben must serve this Order on all creditors and parties in interest in each of the jointly administered cases and must docket a Certificate of Service reflecting the creditors served and the manner of service.

4811-6471-4546, v. 1



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WILMINGTON, DE 19899

Certified Mail Fee  $3.30  0226  08
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00  Postmark
☐ Certified Mail Restricted Delivery  $ $0.00  Here
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $1.36
Total Postage and Fees  $7.36  08/03/2016
Sent To  Barclays Bank Delaware
Street and Apt. No., or PO Box No.
City, State, ZIP+4
PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7015 1730 0000 1568 6969

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

BUFFALO, NY 14221

Certified Mail Fee  $3.30  0226  08
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00  Postmark
☐ Certified Mail Restricted Delivery  $ $0.00  Here
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $1.36
Total Postage and Fees  $7.36  08/03/2016
Sent To  M&T Bank
Street and Apt. No., or PO Box No.
City, State, ZIP+4
PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

PENNINGTON, NJ 08534

Certified Mail Fee  $3.30  0226  08
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00  Postmark
☐ Certified Mail Restricted Delivery  $ $0.00  Here
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $1.36
Total Postage and Fees  $7.36  08/03/2016
Sent To  Peapack Bank
Street and Apt. No., or PO Box No.
City, State, ZIP+4
PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

AMELIA, OH 45102

Certified Mail Fee  $3.30  0226  08
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00  Postmark
☐ Certified Mail Restricted Delivery  $ $0.00  Here
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $1.36
Total Postage and Fees  $7.36  08/03/2016
Sent To  Quickens Loan
Street and Apt. No., or PO Box No.
City, State, ZIP+4
PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7015 1730 0000 1568 6932

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

READING, PA 19601

Certified Mail Fee  $3.30  0226  08
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00  Postmark
☐ Certified Mail Restricted Delivery  $ $0.00  Here
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $1.36
Total Postage and Fees  $7.36  08/03/2016
Sent To  Sovereign Bank
Street and Apt. No., or PO Box No.
City, State, ZIP+4
PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

PLAINFIELD, NJ 07060

Certified Mail Fee  $3.30  0226  08
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00  Postmark
☐ Certified Mail Restricted Delivery  $ $0.00  Here
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $1.36
Total Postage and Fees  $7.36  08/03/2016
Sent To  Property Ventures
Street and Apt. No., or PO Box No.
City, State, ZIP+4
PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7016 0600 0000 2690 1095









```
CIRCLE
2601 BRUNSWICK AVE
TRENTON
NJ
08638-9998
3385530226
08/03/2016    (800)275-8777    3:01 PM
```

| Product Description | Sale Qty | Final Price |
|---|---|---|
| PM 1-Day | 1 | $6.80 |

```
    (Domestic)
    (TRENTON, NJ  08611)
    (Weight:1 Lb 2.20 0z)
    (Expected Delivery Day)
    (Thursday 08/04/2016)
```

| Certified | 1 | $3.30 |
|---|---|---|

```
    (USPS Certified Mail #)
    (70151730000015688820)
```

| Return | 1 | $2.70 |
|---|---|---|

```
Receipt
    (USPS Return Receipt #)
    (9590940215945362650978)
```

| First-Class | 1 | $1.36 |
|---|---|---|

```
Mail
Large Envelope
    (Domestic)
    (COLUMBUS, NJ  08022)
    (Weight:0 Lb 2.40 0z)
    (Expected Delivery Day)
    (Friday 08/05/2016)
```

| Certified | 1 | $3.30 |
|---|---|---|

```
    (USPS Certified Mail #)
    (70151730000015688813)
```

| Return | 1 | $2.70 |
|---|---|---|

```
Receipt
    (USPS Return Receipt #)
    (9590940304745173997353)
```

| First-Class | 1 | $1.36 |
|---|---|---|

```
Mail
Large Envelope
    (Domestic)
    (IRVING, TX  75016)
    (Weight:0 Lb 2.50 0z)
    (Expected Delivery Day)
    (Saturday 08/06/2016)
```

| Certified | 1 | $3.30 |
|---|---|---|

```
    (USPS Certified Mail #)
    (70151730000015688837)
```

| Return | 1 | $2.70 |
|---|---|---|

```
Receipt
    (USPS Return Receipt #)
    (9590940218606104134619)
```

| First-Class | 1 | $1.36 |
|---|---|---|

```
Mail
Large Envelope
    (Domestic)
    (SALT LAKE CITY, UT  84130)
    (Weight:0 Lb 2.40 0z)
    (Expected Delivery Day)
    (Saturday 08/06/2016)
```

| Certified | 1 | $3.30 |
|---|---|---|

```
    (USPS Certified Mail #)
    (70151730000015688806)
```

| Return | 1 | $2.70 |
|---|---|---|

```
Receipt
    (USPS Return Receipt #)
    (9590940304745173996967)
```

| First-Class | 1 | $1.36 |
|---|---|---|

```
Mail
Large Envelope
    (Domestic)
```

| | | |
|---|---|---|
| Return Receipt | 1 | $2.70 |
| (USPS Return Receipt #) | | |
| (9590940304745173996974) | | |
| First-Class Mail | 1 | $1.36 |
| Large Envelope | | |
| (Domestic) | | |
| (WARWICK, RI  02886) | | |
| (Weight:0 Lb 2.40 Oz) | | |
| (Expected Delivery Day) | | |
| (Friday 08/05/2016) | | |
| Certified | 1 | $3.30 |
| (USPS Certified Mail #) | | |
| (70151730000015688783) | | |
| Return Receipt | 1 | $2.70 |
| (USPS Return Receipt #) | | |
| (9590940304745173996943) | | |
| First-Class Mail | 1 | $1.36 |
| Large Envelope | | |
| (Domestic) | | |
| (GREENSBORO, NC  27420) | | |
| (Weight:0 Lb 2.40 Oz) | | |
| (Expected Delivery Day) | | |
| (Saturday 08/06/2016) | | |
| Certified | 1 | $3.30 |
| (USPS Certified Mail #) | | |
| (70151730000015688776) | | |
| Return Receipt | 1 | $2.70 |
| (USPS Return Receipt #) | | |
| (9590940304745173997100) | | |
| First-Class Mail | 1 | $1.36 |
| Large Envelope | | |
| (Domestic) | | |
| (LAKEWOOD, NJ  08701) | | |
| (Weight:0 Lb 2.40 Oz) | | |
| (Expected Delivery Day) | | |
| (Friday 08/05/2016) | | |
| Certified | 1 | $3.30 |
| (USPS Certified Mail #) | | |
| (70151730000015688752) | | |
| Return Receipt | 1 | $2.70 |
| (USPS Return Receipt #) | | |
| (9590940304745173997124) | | |
| First-Class Mail | 1 | $1.36 |
| Large Envelope | | |
| (Domestic) | | |
| (EL PASO, TX  79998) | | |
| (Weight:0 Lb 2.40 Oz) | | |
| (Expected Delivery Day) | | |
| (Saturday 08/06/2016) | | |
| Certified | 1 | $3.30 |
| (USPS Certified Mail #) | | |
| (70151730000015687007) | | |
| Return Receipt | 1 | $2.70 |
| (USPS Return Receipt #) | | |
| (9590940304745173997148) | | |
| First-Class Mail | 1 | $1.36 |
| Large Envelope | | |
| (Domestic) | | |
| (MOUNT LAUREL, NJ  08054) | | |
| (Weight:0 Lb 2.40 Oz) | | |
| (Expected Delivery Day) | | |
| (Friday 08/05/2016) | | |
| Certified | 1 | $3.30 |
| (USPS Certified Mail #) | | |
| (70151730000015685987) | | |
| Return Receipt | 1 | $2.70 |
| (USPS Return Receipt #) | | |
| (9590940215945362650954) | | |
| First-Class Mail | 1 | $1.36 |

```
                              (Domestic)
                              (EL PASO, TX  79998)
                              (Weight:0 Lb 2.40 Oz)
                              (Expected Delivery Day)
                              (Saturday 08/06/2016)
         Certified            1              $3.30
              (USPS Certified Mail #)
              (70151730000015687007)
         Return               1              $2.70
         Receipt
              (USPS Return Receipt #)
              (9590940304745173997148)
         First-Class          1              $1.36
         Mail
         Large Envelope
              (Domestic)
              (MOUNT LAUREL, NJ  08054)
              (Weight:0 Lb 2.40 Oz)
              (Expected Delivery Day)
              (Friday 08/05/2016)
         Certified            1              $3.30
              (USPS Certified Mail #)
              (70151730000015686987)
         Return               1              $2.70
         Receipt
              (USPS Return Receipt #)
              (9590940215945362650954)
         First-Class          1              $1.36
         Mail
         Large Envelope
              (Domestic)
              (NORFOLK, VA  23502)
              (Weight:0 Lb 2.40 Oz)
              (Expected Delivery Day)
              (Saturday 08/06/2016)
         Certified            1              $3.30
              (USPS Certified Mail #)
              (70151730000015686970)
         Return               1              $2.70
         Receipt
              (USPS Return Receipt #)
              (9590940215945362650947)
         First-Class          1              $1.36
         Mail
         Large Envelope
              (Domestic)
              (PITTSBURGH, PA  15232)
              (Weight:0 Lb 2.30 Oz)
              (Expected Delivery Day)
              (Saturday 08/06/2016)
         Certified            1              $3.30
              (USPS Certified Mail #)
              (70151730000015686956)
         Return               1              $2.70
         Receipt
              (USPS Return Receipt #)
              (9590940215945362650923)
         First-Class          1              $1.36
         Mail
         Large Envelope
              (Domestic)
              (HOWELL, NJ  07731)
              (Weight:0 Lb 2.40 Oz)
              (Expected Delivery Day)
              (Friday 08/05/2016)
         Certified            1              $3.30
              (USPS Certified Mail #)
              (70151730000015688769)
         Return               1              $2.70
         Receipt
              (USPS Return Receipt #)
              (9590940304745173997117)
         First-Class          1              $1.36
         Mail
         Large Envelope
              (Domestic)
              (LOUISVILLE, KY  40299)
              (Weight:0 Lb 2.40 Oz)
              (Expected Delivery Day)
              (Saturday 08/06/2016)
         Certified            1              $3.30
              (USPS Certified Mail #)
```

(Weight:0 Lb 2.00 Oz)
(Expected Delivery Day)
(Saturday 08/06/2016)
Certified                1        $3.30
    (USPS Certified Mail #)
    (70151730000015686932)
Return                   1        $2.70
Receipt
    (USPS Return Receipt #)
    (9590940218606104134718)
First-Class              1        $1.36
Mail
Large Envelope
    (Domestic)
    (READING, PA  19601)
    (Weight:0 Lb 2.40 Oz)
    (Expected Delivery Day)
    (Friday 08/05/2016)
Certified                1        $3.30
    (USPS Certified Mail #)
    (70151730000015686925)
Return                   1        $2.70
Receipt
    (USPS Return Receipt #)
    (9590940218606104134633)
First-Class              1        $1.36
Mail
Large Envelope
    (Domestic)
    (PENNINGTON, NJ  08534)
    (Weight:0 Lb 2.40 Oz)
    (Expected Delivery Day)
    (Friday 08/05/2016)
Certified                1        $3.30
    (USPS Certified Mail #)
    (70151730000015686918)
Return                   1        $2.70
Receipt
    (USPS Return Receipt #)
    (9590940218606104134701)
First-Class              1        $1.36
Mail
Large Envelope
    (Domestic)
    (BUFFALO, NY  14221)
    (Weight:0 Lb 2.40 Oz)
    (Expected Delivery Day)
    (Saturday 08/06/2016)
Certified                1        $3.30
    (USPS Certified Mail #)
    (70151730000015686963)
Return                   1        $2.70
Receipt
    (USPS Return Receipt #)
    (9590940215945362650930)
First-Class              1        $1.36
Mail
Large Envelope
    (Domestic)
    (WILMINGTON, DE  19899)
    (Weight:0 Lb 2.40 Oz)
    (Expected Delivery Day)
    (Friday 08/05/2016)
Certified                1        $3.30
    (USPS Certified Mail #)
    (70151730000015686994)
Return                   1        $2.70
Receipt
    (USPS Return Receipt #)
    (9590940304745173997155)
PM 1-Day                 1        $6.80
    (Domestic)
    (TRENTON, NJ  08611)
    (Weight:1 Lb 2.60 Oz)
    (Expected Delivery Day)
    (Thursday 08/04/2016)
    (USPS Tracking #)
    (9505 5156 3392 6216 0128 87)
Insurance                1        $0.00
    (Up to $50.00 included)
First-Class              1        $1.36
Mail
Large Envelope
    (Domestic)
    (WILMINGTON, DE  19899)

First-Class        1        $1.36
Mail
Large Envelope
    (Domestic)
    (PLAINFIELD, NJ  07060)
    (Weight:0 Lb 2.20 Oz)
    (Expected Delivery Day)
    (Friday 08/05/2016)
First-Class        1        $1.36
Mail
Large Envelope
    (Domestic)
    (LOUISVILLE, KY  40299)
    (Weight:0 Lb 2.20 Oz)
    (Expected Delivery Day)
    (Saturday 08/06/2016)
First-Class        1        $1.36
Mail
Large Envelope
    (Domestic)
    (HOWELL, NJ  07731)
    (Weight:0 Lb 2.20 Oz)
    (Expected Delivery Day)
    (Friday 08/05/2016)
First-Class        1        $1.36
Mail
Large Envelope
    (Domestic)
    (PITTSBURGH, PA  15232)
    (Weight:0 Lb 2.30 Oz)
    (Expected Delivery Day)
    (Saturday 08/06/2016)
First-Class        1        $1.36
Mail
Large Envelope
    (Domestic)
    (NORFOLK, VA  23502)
    (Weight:0 Lb 2.20 Oz)
    (Expected Delivery Day)
    (Saturday 08/06/2016)
First-Class        1        $1.36
Mail
Large Envelope
    (Domestic)
    (MOUNT LAUREL, NJ  08054)
    (Weight:0 Lb 2.20 Oz)
    (Expected Delivery Day)
    (Friday 08/05/2016)
First-Class        1        $1.36
Mail
Large Envelope
    (Domestic)
    (EL PASO, TX  79998)
    (Weight:0 Lb 2.20 Oz)
    (Expected Delivery Day)
    (Saturday 08/06/2016)
First-Class        1        $1.36
Mail
Large Envelope
    (Domestic)
    (LAKEWOOD, NJ  08701)
    (Weight:0 Lb 2.20 Oz)
    (Expected Delivery Day)
    (Friday 08/05/2016)
First-Class        1        $1.36
Mail
Large Envelope
    (Domestic)
    (GREENSBORO, NC  27410)
    (Weight:0 Lb 2.20 Oz)
    (Expected Delivery Day)
    (Saturday 08/06/2016)
First-Class        1        $1.36
Mail
Large Envelope
    (Domestic)
    (WARWICK, RI  02886)
    (Weight:0 Lb 2.20 Oz)
    (Expected Delivery Day)
    (Friday 08/05/2016)
First-Class        1        $1.36

```
mail
                    (WILMINGTON, DE  19850)
                    (Weight:0 Lb 2.20 Oz)
                    (Expected Delivery Day)
                    (Friday 08/05/2016)
First-Class          1          $1.36
Mail
Large Envelope
        (Domestic)
        (SALT LAKE CITY, UT  84130)
        (Weight:0 Lb 2.20 Oz)
        (Expected Delivery Day)
        (Saturday 08/06/2016)
First-Class          1          $1.36
Mail
Large Envelope
        (Domestic)
        (IRVING, TX  75016)
        (Weight:0 Lb 2.20 Oz)
        (Expected Delivery Day)
        (Saturday 08/06/2016)
First-Class          1          $1.36
Mail
Large Envelope
        (Domestic)
        (COLUMBUS, NJ  08022)
        (Weight:0 Lb 2.20 Oz)
        (Expected Delivery Day)
        (Friday 08/05/2016)

Total                          $185.28

Debit Card Remit'd             $185.28
        (Card Name:Debit Card)
        (Account #:XXXXXXXXXXXX4755)
        (Approval #:170013)
        (Transaction #:503)
        (Receipt #:001600)
        (Debit Card Purchase:$185.28)
        (Cash Back:$0.00)

Includes up to $50 insurance

*************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


*************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*************************************


All sales final on stamps and postage
Refunds for guaranteed services only
        Thank you for your business

        HELP US SERVE YOU BETTER
```