Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−32936−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atul P Patel
   aka Atulbhai P. Patel, dba Cypress Lane
   LLC dba Pantry 1 Food, dba Shree Pan
   LLC dba Papa Johns, dba Shree Pan
   Howell LLC dba Papa Johns, dba Shree
   Pan HM LLC dba Papa Johns
   2 Andrea Drive
   Columbus, NJ 08022

Social Security No.:
   xxx−xx−4824

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/20/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 20, 2016
JJW: wir

                      James J. Waldron
                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-32936-MBK
Atul P Patel                                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 20, 2016
                              Form ID: 148             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
```
db            +Atul P Patel,    2 Andrea Drive,    Columbus, NJ 08022-2341
tr             Albert Russo,    Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ 08650-4853
cr            +Republic First Bank d/b/a Republic Bank,    Saldutti Law Group,    800 N. Kings Highway,
                Suite 300,    Cherry Hill, NJ 08034-1511
cr             c/o Loren L Speziale Santander Bank, NA,    GROSS MCGINLEY, LLP,    33 South Seventh Street,
                PO Box 4060,    ALLENTOWN, PA 18105-4060
515889968     +AARDVARK Pest Control,    106 west 4th Street,    Howell, NJ 07731-8510
515889969     +Abraham M Penzer Esq,    1203 Medison Ave,    Lakewood, NJ 08701-1751
515889972     +Bank Of America,    Correspondence FL-1-908-01-49,    Po Box 31785,    Tampa, FL 33631-3785
515889979     +Citibank,    Citicorp Credt Srvs/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
515889980     +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,
                Warwick, RI 02886-1321
516017234      Dembo & Saldutti LLP,    Mount Laurel , NJ 08054
515889982     +Gateway Energy Service Corp.,    PO Box 3721,    New York, NY 10008-3721
515889983      JCPL,    PO Box 11743,    Akron, OH 44309
515889984     +Loancare Servicing Ctr,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
516017235      Loancare Servicing Ctr,    Interstate Corporate Center,    Norfolk, VA 23502
515889986     +Money Mailer,    A-1 Brier Hill Ct,    East Brunswick, NJ 08816-3309
516159672     +Moris and Sara Silver,    1027 Highmont Road,    Pittsburgh, PA 15232-2904
515889989     +NJ Natural Gas Co.,    PO Box 11743,    Newark, NJ 07101-4743
515889987     +Niravkumar Patel,    2 Augusta Drive,    Columbus, NJ 08022-2357
515889988     +Nirtavkumar Patel,    2 Agusta Drive,    Columbus, NJ 08022-2357
515889990     +Number 1 Advertising Coop Inc,    12 East 37th st,    New York, NY 10016-2823
515889992     +Papa Johns Int Dept 771108,    1108 Sollutions Center,    Chicago, IL 60677-1001
515889993     +Papa Johns International,    2002 Papa Johns Blvd,    Louisville, KY 40299-3394
515889994     +Pepsi-Cola Northern Trust Bank,    350 North Orleans St,    Receipt&Dispatch 8th Floor,
                Chicago, IL 60654-1975
515889995     +Pioneer Credit Recovery,    308 Rt 38 East,    Moorestown, NJ 08057-3212
515889996     +Prakash Patel,    44 Greenbrook Drive,    Columbus, NJ 08022-2321
515889998      Prakash Patel,    Columbus, NJ 08022
515889997      Prakash Patel,    445 Greenbrook Drive,    Columbus, NJ 08022
516074626     +Property Ventures LLC,    116 Rt 22 East,    Plainfield, NJ 07060-3804
516017236     +Property Ventures LLC,    116 Rt 22 East,    Plainfi eld , NJ 07060-3804
515890000     +Ptrakash Patel,    44 Greenbrook Drive,    Columbus, NJ 08022-2321
516017237     #Quicken Loans,    PO Box 717,    Amelia , OH 45102-0717
516141333     +Republic Bank,    c/o Saldutti Law Group,    800 N. Kings Highway, Suite 300,
                Cherry Hill, NJ 08034-1511
515890002     +Republic Bank,    50 S 16th ST STE 2400,    Philadelphia, PA 19102-2526
515890003     +Republic Bank C/O Michael Dick,    2 Tree Farm Road Suite A230,    Pennington, NJ 08534-1486
516017238     +Roselli Griegel Loziert and Lazzaro , PC,    1337 Highway 33,    Trenton, NJ 08690-1738
516032256      Santander Bank, N.A.,    c/o Loren L. Speziale, Esquire,    Gross, McGinley, LLP,
                33 South 7th Street,    PO Box 4060,    Allentown, PA 18105-4060
515890005     +Standard Waist Service,    21 Edgeboro Road,    East Brunswick, NJ 08816-1636
516017239      Wells Fargo Dealers,    600 Freedom Drive,    Independence , OH 44131
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2016 22:57:39     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2016 22:57:36     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515889970      EDI: HNDA.COM Oct 20 2016 22:33:00     American Honda Finance,    Po Box 168088,
                Irving, TX 75016
515889971     +EDI: AMEREXPR.COM Oct 20 2016 22:33:00     Amex,    Correspondence,    Po Box 981540,
                El Paso, TX 79998-1540
515889973      EDI: BANKAMER.COM Oct 20 2016 22:33:00     Bank of America,    Po Box 982236,
                El Paso, TX 79998
516017233     +EDI: BANKAMER.COM Oct 20 2016 22:33:00     Bank od America,    Nc4-105-03-14,    Po Box 26012,
                Greensboro , NC 27420-6012
516074625     +EDI: BANKAMER.COM Oct 20 2016 22:33:00     Bank of America,    Nc4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
515889974     +EDI: TSYS2.COM Oct 20 2016 22:33:00     Barclays Bank Delaware,    Po Box 8801,
                Wilmington, DE 19899-8801
515889976     +EDI: CAPITALONE.COM Oct 20 2016 22:33:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
515889977     +EDI: CHASE.COM Oct 20 2016 22:33:00     Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515889978     +EDI: CHASE.COM Oct 20 2016 22:33:00     Chase Card Services,    Attn: Correspondence Dept,
                Po Box 15298,    Wilmington, DE 19850-5298
515976190      EDI: DISCOVER.COM Oct 20 2016 22:33:00     Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH  43054-3025
515889981     +EDI: DISCOVER.COM Oct 20 2016 22:33:00     Discover Financial,    Attn: Bankruptcy,
                Po Box 3025,    New Albany, OH 43054-3025
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Oct 20, 2016
                              Form ID: 148             Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515889985       E-mail/Text: camanagement@mtb.com Oct 20 2016 22:57:22     M & T Bank,   Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221
515889991      +E-mail/Text: bcwrtoff@cablevision.com Oct 20 2016 22:58:34     Optimum-Cablevision,
                 PO Box 371378,   Pittsburgh, PA 15250-7378
515889999      +EDI: AARGON.COM Oct 20 2016 22:33:00      PSE&G Services c/o AAI,   8668 Spring Mountain Road,
                 Las Vegas, NV 89117-4132
515890001      +E-mail/Text: bankruptcyteam@quickenloans.com Oct 20 2016 22:58:01     Quicken Loans,
                 1050 Woodward Ave,   Detroit, MI 48226-1906
516037672      +E-mail/Text: bankruptcyteam@quickenloans.com Oct 20 2016 22:58:01     Quicken Loans Inc.,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
516035767      +E-mail/Text: n.miller@santander.us Oct 20 2016 22:58:35     Santander Bank, N.A.,
                 601 Penn Street, 1 0-6438-FB7,   Reading  PA 19601-3544
515890004      +E-mail/Text: cop@santander.us Oct 20 2016 22:57:29     Sovereign Bank,   Mail Code 10-6438-CC7,
                 601 Penn St,   Redding, PA 19601-3544
515890006      +EDI: RMSC.COM Oct 20 2016 22:33:00      Syncb/modells Dc,   Po Box 965005,
                 Orlando, FL 32896-5005
515890007      +EDI: RMSC.COM Oct 20 2016 22:33:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
515890008      +EDI: RMSC.COM Oct 20 2016 22:33:00      Synchrony Bank/Sams Club,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
515890009      +EDI: VERIZONEAST.COM Oct 20 2016 22:33:00      Verizon,   500 Technology Dr,   Suite 500,
                 Weldon Spring, MO 63304-2225
515890010      +EDI: WFFC.COM Oct 20 2016 22:33:00      Wachov/ftu/Wells Fargo,   Po Box 31557,   Mac B6955-01b,
                 Billings, MT 59107-1557
515890011      +EDI: WFFC.COM Oct 20 2016 22:33:00      Wells Fargo Dealer Services,
                 1400 Union Meeting Rd # 220,,   Blue Bell, PA 19422-1952
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515889975        Bk Of Amer
516074627*      +Roselli Griegel Loziert and,   Lazzaro, PC,   1337 Highway 33,   Trenton,NJ 08690-1738
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
            Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
            Albert   Russo    docs@russotrustee.com
            Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
            Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
            Brian J. Schaffer    on behalf of Creditor   Republic First Bank d/b/a Republic Bank
             bschaffer@slgcollect.com,  kcollins@slgcollect.com
            Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Jeffrey Douglas Hoffmann    on behalf of Debtor Atul P Patel jeff@centralnjlawyer.com
            Loren L. Speziale    on behalf of Creditor c/o Loren L Speziale   Santander Bank, NA
             lspeziale@grossmcginley.com,  jkacsur@grossmcginley.com
            United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 9
```