| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ANDREA DOBIN, CHAPTER 7 TRUSTEE<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609-695-6070 | Order Filed on October 20, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PATEL, Atul P.,<br><br>       Debtor.<br><br>In Re:<br><br>PATEL, Parulben,<br><br>       Debtor. | Case No.:   15-32936 & 16-18943<br>**JOINTLY ADMINISTERED**<br><br>Judge:   Michael B. Kaplan<br><br>Chapter:   7 |

**ORDER GRANTING TRUSTEE'S MOTION TO** ~~HOLD DEBTORS IN CONTEMPT,~~
**DISMISS CASES** ~~AND AWARD SANCTIONS~~ **WITHOUT PREJUDICE**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: October 20, 2016**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re Patel, Atul, et al.,
Case No. 15-32936 (MBK)
Tile of Order: Order Granting Trustee's Motion to Hold Debtors in Contempt, Dismiss Cases and Award Sanctions

  **THIS CASE** having been opened to the Court by Andrea Dobin, Chapter 7 Trustee seeking to hold the Debtors Atul Patel and Parulben Patel (the "**Debtors**") in contempt for failing to abide by this Court's Order entered on July 29, 2016 and seeking to Dismiss the Debtors' cases and Award Sanctions (the "**Motion**") and the Court having considered the papers submitted in support of the Motion and having heard the arguments of counsel, if any, and the Court finding that the Debtors are in contempt of this Court's Order entered on July 29, 2016 for the reasons set forth on the record at the conclusion of the hearing, it is **ORDERED** as follows:

1.  The Motion is **GRANTED**.

2.  The cases of Atul Patel and Parulben Patel are both **DISMISSED WITHOUT PREJUDICE**.

3.  ~~The Trustee is entitled to compensation in the amount of _____ to be paid by counsel to the Debtors, Jeffrey Douglas Hoffmann, Esq. within _____ days of the date hereof.~~

4.  Counsel to the Trustee will serve this Order on the Debtors and their counsel within three days of the date hereof.

4841-3564-1144, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-32936-MBK
Atul P Patel                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: Oct 20, 2016
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2016.
db              +Atul P Patel,    2 Andrea Drive,    Columbus, NJ 08022-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2016 at the address(es) listed below:
    Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
    Albert   Russo    docs@russotrustee.com
    Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
    Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
    Brian J. Schaffer    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
     bschaffer@slgcollect.com, kcollins@slgcollect.com
    Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Jeffrey Douglas Hoffmann     on behalf of Debtor Atul P Patel jeff@centralnjlawyer.com
    Loren L. Speziale    on behalf of Creditor c/o Loren L Speziale   Santander Bank, NA
     lspeziale@grossmcginley.com, jkacsur@grossmcginley.com
    United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 9