Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 15–32936–MBK
                    Chapter:  7
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atul P Patel
   aka Atulbhai P. Patel, dba Cypress Lane
   LLC dba Pantry 1 Food, dba Shree Pan
   LLC dba Papa Johns, dba Shree Pan
   Howell LLC dba Papa Johns, dba Shree
   Pan HM LLC dba Papa Johns
   2 Andrea Drive
   Columbus, NJ 08022

Social Security No.:
   xxx–xx–4824

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 18, 2016</u>                    <u>Michael B. Kaplan</u>
                                                    Judge, United States Bankruptcy Court